# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATEUS ARAUJO DA SILVA,

Petitioner,

v.

TODD BLANCHE[1], Attorney General of the United States, et al.,

Respondents.

Civil Action No. 1:25-cv-12672-DJC

## NOTICE OF APPEAL

Notice is hereby given that Respondents in the above-captioned action hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Casper, J.) June 15, 2026 Order granting the Petitioner's request for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 22).[2]

---

[1] Todd Blanche, United States Attorney General, is substituted for Respondent Pamela Bondi, as is Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, for Kristi Noem.   Also, David Venturella, Acting Director of U.S. Immigration and Customs Enforcement is substituted for Todd Lyons.

[2] This Order is included in the Judgment entered by the Court on that same day and, thus, subject of this Appeal.   (Doc. No. 23).

1

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Michael Sady*
        Michael Sady
Dated: August 13, 2026              Assistant U.S. Attorney

Certificate of Service

I hereby certify that on August 13, 2026, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney